# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00821-CV

### In re Texas Pension Review Board and Stephanie Leibe, in her Official Capacity as Chair of the Texas Pension Review Board

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the emergency motion for temporary relief are denied.  *See* Tex. R. App. P. 52.8(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Filed:  November 14, 2019